# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-4837-KS | Date | September 4, 2018 |
|---|---|---|---|
| Title | Elliot McGucken v. DMI Holdings, et al. | | |

| Present: The Honorable | KAREN L. STEVENSON, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| R. Horan Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is Ordered to Show Cause in writing no later than September 11, 2018, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this Order Show Cause, on or before the above date:

### PROOF OF SERVICE OF SUMMONS AND COMPLAINT

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's order may result in the dismissal of the action.

_____ : _____

Initials of Preparer   rhw