Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>DMI HOLDINGS, *et al.,*<br><br>Defendants. | Case No.: 2:18-cv-04837-KS<br>*Hon. Karen L. Stevenson Presiding*<br><br>**RESPONSE TO ORDER TO SHOW CAUSE** |

1

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff respectfully submits this response to the Court's September 4, 2018 Order to Show Cause filed as Docket No. 9 (the "Order").

Plaintiff's counsel has been working diligently with its process server, DDS LEGAL, to pursue these claims against Defendant DMI Holdings, individually and doing business as "DANGEROUS" (collectively, "DMI"). DDS Legal made several attempts to serve DMI on June 8, June 19, June 28, July 10, July 31, August 1, and August 2 of 2018. Information on DMI's whereabouts found on DMI's website and a search on the Secretary of State's website is outdated or insufficient to effect personal service (for example, the corporate address listed on DMI's website is a mailbox.) Efforts to serve an officer of DMI at a residential address were also unsuccessful.

Plaintiff requested a skip trace from DDS Legal to locate further information on DMI. Plaintiff is currently awaiting a status report from DDS Legal on the most recent service attempt. If service was successful, Plaintiff will immediately file a proof of service as soon as it becomes available.

Plaintiff is also investigating alternate methods of service, such as via publication or email service.

Given the foregoing, Plaintiff respectfully requests that the Order be discharged, and Plaintiff be granted an additional forrty (40) days, or an amount of time that this Court deems appropriate, for purposes of securing DMI's location, completing proper service and filing the necessary proof of service.

Dated: September 11, 2018    By:    Respectfully submitted,
/s/ *Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff

2