Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>DMI HOLDINGS, *et al.*,<br><br>Defendants. | Case No.: 2:18-cv-04837-DSF-GJS<br>*Hon. Dale S. Fischer Presiding*<br><br>**DECLARATION OF ELLIOT MCGUCKEN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT**<br><br>Date: April 1, 2019<br>Time: 1:30 p.m.<br>Location: Courtroom 7D – 1st Street |

I, ELLIOT MCGUCKEN, declare as follows:

1. I am above eighteen (18) years of age and am competent to give the testimony set forth below. Said testimony is given from my own personal knowledge. I make this declaration in support of Plaintiff's Application for Default Judgment. If called as a witness I could and would competently testify as set forth below.

- 1 -
DECLARATION OF ELLIOT MCGUCKEN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT

2. I am a Los Angeles-based photographer. I am the author of a large portfolio of photographic works, and market these photographs to publications, brands and online media companies.

3. I invest heavily in the production process for my photographs, as well as in the marketing of my photographs to publications and online media companies. My livelihood is based on my ability to market my services and license my works, and copyright infringement poses a significant threat to my business.

4. I am the owner of six photographs at issue in this case ("Subject Photographs"), which I have registered with the United State Copyright Office. Attached hereto as **Exhibit 1** are true and correct copies of the Subject Photographs and the corresponding Certificates of Registration.

5. In December of 2017 I discovered that Defendant DMI HOLDINGS, a New Jersey Limited Liability Company, individually and doing business as "DANGEROUS" (collectively, "Dangerous") used and published copies of the Subject Photographs online after removing and/or altering my copyright management information and inserting its own "Dangerous" logo on the infringing images, without my authorization or license. Attached hereto as **Exhibit 2** are true and correct copies of the infringing images as they appeared on Dangerous' website as of May 31, 2018.

6. The Subject Photographs were registered with the United States Copyright Office on December 18, 2017 and January 6, 2018. The registration numbers are VA 2-089-218, VA 2-091-887, and VA 2-082-324.

///

1  I declare under the penalty of perjury and the laws of the United States of
2  America that the above is true and correct.
3
4  Executed on ____March 3rd____, 2019 in Los Angeles, California.
5
6                                        By: *Elliot McGucken*
7                                             Elliot McGucken
                                              Declarant

- 3 -
DECLARATION OF ELLIOT MCGUCKEN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT BY COURT