# EXHIBIT 1

Elliot McGucken Fine Art 45SURF Copyrights



Nikon D800 Photos of Tall Blonde Swimsuit Bikini Model Goddess (70-200mm VR2 Nikkor Lens)



Nikon D800 E Photos of Pretty Blonde Swimsuit Bikini Model Goddess: Malibu Sea Cave on El Matador Beach



Nikon D800 E Photos of Beautiful Blonde Swimsuit Bikini Model Goddess & 45SURF Surfboard in Malibu Sea Cave







# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-082-324**
**Effective Date of Registration:**
January 06, 2018

## Title

**Title of Work:** Group Registration Photos, 45SURF Surfboards and Models, published Jan. 3, 2013 to July 8, 2013; 3 photos.

**Content Title:** Nikon D800 E Photos of Pretty Blonde Swimsuit Bikini Model Goddess: Malibu Sea Cave on El Matador Beach, July 8th 2013

Nikon D800 E Photos of Beautiful Blonde Swimsuit Bikini Model Goddess & 45SURF Surfboard in Malibu Sea Cave, January 3rd, 2013

Nikon D800 Photos of Tall Blonde Swimsuit Bikini Model Goddess (70-200mm VR2 Nikkor Lens), January 13th 2013

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 03, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Elliot McGucken
  **Pseudonym:** 45SURF HERO'S ODYSSEY MYTHOLOGY
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Elliot McGucken
817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States

## Limitation of copyright claim

**Previous registration and year:** 1-6118062803, 2017

## Rights and Permissions

|  |  |
|---:|:---|
| Name: | Elliot McGucken |
| Email: | goldennumberratio@gmail.com |
| Telephone: | (310)806-3647 |
| Alt. Telephone: | (310)806-3647 |
| Address: | 817 Levering Ave. |
|  | Apt. 14 |
|  | Los Angeles, CA 90024 United States |

## Certification

|  |  |
|---:|:---|
| Name: | Elliot McGucken |
| Date: | January 06, 2018 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-089-218**
Effective Date of Registration:
December 18, 2017

## Title

**Title of Work:** Nikon D800 Photos of Tall Blonde Swimsuit Bikini Model Goddess (70-200mm VR2 Nikkor Lens)

Group Registration of Photos, Nikon D800 Photos of Tall Blonde Swimsuit Bikini Model Goddess (70-200mm VR2 Nikkor Lens) 6/12/2013, 3 Photos

Nikon D800E Photos Beautiful Blonde Swimsuit Bikini Model Goddess and 45SURF Surfboard

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 12, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Elliot McGucken
  **Pseudonym:** 45SURF HERO'S ODYSSEY MYTHOLOGY PHOTOGRAPHY dx4/dt=ic
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States
  **Year Born:** 1969
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elliot McGucken
817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States

## Rights and Permissions

**Name:** Elliot McGucken

|   |   |
|---|---|
| **Email:** | goldennumberratio@gmail.com |
| **Telephone:** | (310)806-3647 |
| **Alt. Telephone:** | (310)806-3647 |
| **Address:** | 817 Levering Ave. |
|   | Apt. 14 |
|   | Los Angeles, CA 90024 United States |

## Certification

|   |   |
|---|---|
| **Name:** | Elliot McGucken |
| **Date:** | December 18, 2017 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-091-887**
Effective Date of Registration:
December 18, 2017

## Title

**Title of Work:** Group Registration Photos, Black 45SURF Surfboard Models California, published July 18th 2014 to December 21st 2014, 3 photos.

**Content Title:** Nikon D800E Photos Pretty Brunette Swimsuit Bikini Model Goddess! Gorgeous Green Eyes! Sharp Nikkor 70-200mm VR 2 F2.8 Lens!, Jul. 18th 2014

Pretty Asian Swimsuit Bikini Model! Nikon D800E Photos Gorgeous Model Goddesses shot with Sharp Nikon 70-200mm f/2.8G ED VR II AF-S Nikkor Zoom Lens For Nikon!, Dec. 21, 2014

Pretty Blond in Malibu! Canon 5D Mark II Photos of Beautiful Blonde Swimsuit Bikini Model Goddesses with Pretty Blue Eyes !, Jul. 18th, 2014

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** July 18, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Elliot McGucken
  **Pseudonym:** 45SURF Hero's Odyssey Mythology Photography
  **Author Created:** photograph
  **Work made for hire:** No
  **Domiciled in:** United States
  **Year Born:** 1969
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Elliot McGucken
817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States

## Rights and Permissions

|||
|---:|:---|
| Name: | Elliot McGucken |
| Email: | goldennumberratio@gmail.com |
| Telephone: | (310)806-3647 |
| Alt. Telephone: | (310)806-3647 |
| Address: | 817 Levering Ave. |
| | Apt. 14 |
| | Los Angeles, CA 90024 United States |

## Certification

|||
|---:|:---|
| Name: | Elliot McGucken |
| Date: | January 03, 2018 |

Correspondence: Yes

