# EXHIBIT 2

| Original Image | Infringed Image & URLs |
|---|---|
| 1.  |  Infringing URL: http://dangerousperfume.com/dangerous-summer/ Image URLs: http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-cologne-surfer-1-300x188.jpg Large Image: http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-cologne-surfer-1.jpg |
| 2. | Infringing URL: http://dangerousperfume.com/dangerous-summer/ Image URLs: http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-perfume-surfer-girl-300x188.jpg Large Image: http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-perfume-surfer-girl.jpg |

10
COMPLAINT

3.
 

Infringing URL:
http://dangerousperfume.com/dangerous-summer/
Image URLs:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-cologne-surfer-girl-black-300x185.jpg
Large Image:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-cologne-surfer-girl-black.jpg

4.
 

Infringing URL:
http://dangerousperfume.com/dangerous-summer/
Image URLs:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-perfume-surfer-girl-stripes-300x200.jpg
Large Image:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-perfume-surfer-girl-stripes.jpg

5.




Infringing URL:
http://dangerousperfume.com/dangerous-summer/
Image URLs:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-perfume-surfer-girl-gold-300x200.jpg
Large Image:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-perfume-surfer-girl-gold.jpg

6.




Infringing URL:
http://dangerousperfume.com/dangerous-summer/
Image URL:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-cologne-surfer-300x200.jpg
Large Image:
http://dangerousperfume.com/wp-content/uploads/2015/04/dangerous-cologne-surfer.jpg