**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>DMI HOLDINGS, *et al.*,<br><br>Defendants. | Case No.: 2:18-cv-04837-DSF-GJS<br>*Hon. Dale S. Fischer Presiding*<br><br>**[PROPOSED] JUDGMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT AGAINST DMI HOLDINGS** |

# [PROPOSED] JUDGMENT

For good cause appearing, a judgment is GRANTED and ENTERED in favor of Elliot McGucken and against DMI Holdings, a New Jersey Limited Liability Company, individually and doing business as "Dangerous" (collectively "Dangerous"), as follows:

1. Statutory damages for copyright infringement in the amount of _____;
2. Statutory damages for violations of the Digital Millennium Copyright Act in the amount of _____;
3. Attorneys' fees in the amount of _____; and
4. Costs in the amount of _____.

The total Judgment entered against Dangerous is _____, along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: _____, 2019    By:_____
                                                    Honorable Dale S. Fischer
                                                    United States District Judge