# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT MCGUCKEN,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>DMI HOLDINGS, et al.,<br>　　　Defendants. | CV 18-4837 DSF (GJSx)<br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff Elliot McGucken is awarded statutory damages for Defendant DMI Holdings' copyright infringement in the amount of $60,000, statutory damages for Defendant's violations of the Digital Millennium Copyright Act in the amount of $60,000, $6,000 in attorneys' fees pursuant to Local Rule 55-3, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: April 9, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge